Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED

2017 JUN -7   A 11: 33

US DISTRICT COURT
BRIDGEPORT CT

Case No.  3:17 cv 936 (JAM)

*(to be filled in by the Clerk's Office)*

|  |  |
|---|---|
| Scott and Beth  Mc Farland | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
| The Town of Wilton Inland Wetlands Commission | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Scott and Beth  McFarland |
| Street Address | 14 Partrick Lane |
| City and County | Wilton |
| State and Zip Code | CT 06897 |
| Telephone Number | 203-292-6017 |
| E-mail Address | beth  hartigan@yahoo.com |

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Town of Wilton Inland Wetlands commission |
| Job or Title *(if known)* | |
| Street Address | 238 Danbury Road |
| City and County | Wilton, Fairfield |
| State and Zip Code | CT 06897 |
| Telephone Number | 203-563-0180 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Clean Water Act (CWA),33 U.S.C. 1251 et seq.,, and the Administrative Procedure Act (APA) 5 U.S.C., 701, et seq
Defendants The Town of Wilton have issued a violation andcompliiance order under the CWA,determining that our property is subject to the CWA, and that we have illegally removed material on our property.  The compliance order requires that we provide a planting plan to the commission and allow them access to monitor us at anytime during a 5 year period

This Court has jurisdiction over the subject matter of this action pursuant to 28 U..S.C. 1331 (federal question jurisdiction);2201 (authorizing declaratory relief);2202 (authorizing injunctive relief); and 5 U.S.C.  , 702 (providing for judicial review of agency action under the APA)
This commission cites CT General statue 21-36 to 22a45a inclusive as its authority
(1)       "Commissioner" means the Commissioner of Energy and Environmental Protection;
Venue is proper under 28 U.S.C, 1391(e)(1)(B) , because the property that is the subject of the action is situatedd in this district.

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ .
and has its principal place of business in the State of *(name)* _____

_____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

   a.      If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

   b.      If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under
   the laws of the State of *(name)* _____, and has its
   principal place of business in the State of *(name)* _____.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Violations of the Clean Water Act (33 U.S.C. 1251, et. seq.) are punishable by civil fines of up to $25,000 per day of violation and criminal fines of $2,500 to $25,000 per day of violation and up to a year imprisonment for each day of violation. Also, there are possible substantial administrative penalties for violations.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

   A.      Where did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

02/14/2017 Michael Conklin , Environmental Director Tow of Wilton entered our backyard with a junior associate . He issued a verbal cease and desist order and inforrmed us that we could be fined for failure to comply

B.  What date and approximate time did the events giving rise to your claim(s) occur?

02/13/2017

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

2008
Scott McFarland purchased the home at 14 Partrick Lane, Wilton.
The house was built in the late 1800's and is situated on a 2 acre parcel zoned residential.
The Town of Wilton did not indicate on the deed that the property had development restrictions.

2/14/2017 Scott was in the yard cutting the one of three logs of the 120Ft Pine we cut down.

2/ 14/2017
Michael Conklin, Environmental Director, Town of Wilton came to our house and told us that he'd received a report that we were "clearcutting" trees on our property that were regulated under the Town of Wilton's Inland Wetlands.
We asked Mr. Conklin at the time how he was sure that we had wetlands.  His response was that the Town did not have any official documents or maps as proof the property contained wetlands but as a soil scientist he was sure it was.
         Mr. Conklin issued a verbal cease and desist order which we complied with.
2/15/2017
We received a certified letter from Mr. Conklin which included a notice of violation with a directive to a submit an after the fact permit for an intermediate activity in a regulated area and to complete a corrective action permit.  The letter also advised us that there would be a hearing to review our request to continue our activity in a regulated area and review our corrective action plan and that we would be subject to fines if we did not comply.
As part of the permit process required that WE hire a soil scientist to confirm to the Town that our land contained wetlands.
5/23/2017
Prior to our hearing we thought that the "corrective action permit" was a fine for not taking out the permit in the first place-
         During that public hearing we learned that a corrective action permit would cede our private property rights and the development of our land to the oversight of the Town of Wilton.
         If the town were to approve the permits they would be entitled to un announced inspection visits as long as the permit was in force.
         During that public hearing we asked the commission what we were to correct, what in fact had been damaged.
         The Commission did not provide any facts to support their claim our property contains "jurisdictional wetlands" under the CWA or what the damage was to the wetlands.

6/4/2017
         We contacted the Army Corp of Engineers and spoke with Alex Koster, Project Manager in the Concord, MA office to ask if there were a way to determine from their standpoint whether or not our property contained wetlands that met the substantial nexus requirement to be classified as jurisdictional under the CWA.
         I was told that they don't get involved unless there is a disturbance of the soil (which there is not)

IV.    **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

We are currently harmed by the issuance of the compliance order because its issuance and the coincident threat of enforcement has forced and will continue to force us to alter our land management practies and subject us to severe restrctions on the use of our land.   Specifically, as a result of compliance order and its threat of enforcement,we have suffered and will continue to suffer a diminution in the available use of our property. Our property has already lost value because of the complliance order.  If the Town of Wilton prevails in claiming that our entire property contains wetlands deemed juristictional our property will continue to lose value due to limits on redevelopment

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We request a permanent injunction be issued enjoining the Town of Wilton from enforcing the complilancce order   .  We have no plain, speedy, and adequate remedy at law

We claim that our property is not subject to the CWA because the property contains no "water of the United States".  Our property does not substanially affect, either by itself or in combination with similarly situated properies in the area, the physical, chemical and bilogical integrityy of any traditional navigable water, and it is not connected to any other body of water such that one cannot discern where that body of water ends and the property begins
The town of Wilton's compliance order which determines that our property is subject to the CWA- is therefore arbitrary and capricious and contrary to law See 5 U.S.C. 706 (2)
The town of Wilton's compliance order is a final agency action subject to judicial review  See  5 U.S.C. 702,704

VI.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              06/07/2017

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Signature of Plaintiff _Beth McFarland_

Printed Name of Plaintiff _BETH McFarland_

**B.   For Attorneys**

_14 PARTRICK LA, WILTON, CT 06897_
_203-292 6017_

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____