UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT MCFARLAND, BETH MCFARLAND,<br>    Plaintiff,<br><br>v.<br><br>INLAND WETLANDS COMMISSION,<br>TOWN OF WILTON,<br>    Defendants. | :<br>:<br>:<br>: Civil Action No: 3:17-cv-00936(JAM)<br>:<br>:<br>:<br>: |

## **JUDGMENT**

This matter came for consideration before the Honorable Jeffrey Alker Meyer, United States District Judge. On August 28, 2017, plaintiffs Scott Mcfarland, Beth Mcfarland, filed a motion for summary judgment (Doc. #23) and on September 18, 2017, the defendants, Inland Wetlands Commission, Town Of Wilton, filed a motion to dismiss (Doc. #29) in this action.

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an Order (Doc. #37) on February 2, 2018, denying the motion for summary judgment (Doc. #23) filed by plaintiffs Scott Mcfarland, Beth Mcfarland, and granted the motion to dismiss (Doc. #29) filed by defendants Inland Wetlands Commission, Town Of Wilton. Therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the defendants and the case is closed.

Dated at New Haven, Connecticut this 6th day of February 2018.

ROBIN D. TABORA, Clerk

By <ins>/s/ Yelena Gutierrez</ins>
Yelena Gutierrez
Deputy Clerk

EOD:  <ins>February 6, 2018</ins>